**U.S. Department of Justice**

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 13, 2020

> 4/15/20
>
> The BOP has limited ability to make defendants available for telephone conferences with priority given to defendants taking pleas and awaiting sentence. The Court could hold a telephone status conf w/ counsel on April 29, if defendant waives his appearance at the conference.

**BY ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Jude Sone, 20 Cr. 64 (CM)

Dear Chief Judge McMahon:

A status conference is scheduled in the above-captioned matter for April 29, 2020, at 4:00 p.m. The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the defendant and counsel for both parties be permitted to appear telephonically at the status conference.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Robert B. Sobelman*

Dina Y. McLeod
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1040/2616

cc: Martin Cohen, Esq. (by ECF)

> The conference would be held at 2:30, not 4pm. An order would issue scheduling the conference, with a call-in number for the parties, public, and press to participate.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/20