UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

        v.                                  20-CR-64 (CM)

**ORDER**

JUDE SONE,

        Defendant.
----------------------------------------------------------X

McMahon, C.J.:

The Court will hold a telephone status conference in this matter on Wednesday, April 29, 2020, at 2:30 p.m.

To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

April 16, 2020

                                                Colleen McMahon
                                                Chief Judge