UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

          v.                                                          20-CR-64 (CM)

**ORDER**

JUDE SONE,

                        Defendant.
----------------------------------------------------------X

McMahon, C.J.:

       The Court will hold a change of plea proceeding in this matter *via* telephone, Thursday, October 15, 2020, at 11:30 a.m.

       To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in but must remain silent.

October 14, 2020

                                                            Colleen McMahon
                                                            Chief Judge