UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
                                                      :
UNITED STATES OF AMERICA          :
                                                      : CONSENT PRELIMINARY ORDER
          - v. -                        : OF FORFEITURE/ MONEY
                                                      : JUDGMENT
JUDE SONE,                             :
     a/k/a "Jonathan Vega"         : 20 Cr. 064 (CM)
                                                      :
             Defendant.              :
-------------------------------------- x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/15/2020]

        WHEREAS, on or about January 23, 2020, JUDE SONE a/k/a/ "Jonathan Vega" (the "defendant"), was charged in an Indictment, 20 Cr. 064 (CM) (the "Indictment"), with conspiracy to commit bank fraud and wire fraud, in violation of 18 U.S.C. § 1349 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of the offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Indictment;

        WHEREAS, on or about October 15, 2020, the defendant pled guilty to Count One, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One and agreed to forfeit, to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $1,520,678.14 in United States currency, representing proceeds traceable to the commission of the offenses charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $1,520,678.14 in United States currency representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offenses charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney, Robert Sobelman of counsel, and the defendant, and his counsel, Martin Cohen, Esq., that:

1. As a result of the offenses charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $1,520,678.14 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, JUDE SONE, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One

St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Department of Treasury or its designee is authorized to deposit the payments on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*            10/14/2020
     Robert Sobelman                DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2616

JUDE SONE

By: /s/ Jude Sone by Martin Cohen      10/14/2020
     Jude Sone                       DATE

By: s/ Martin Cohen              10/14/2020
     Martin Cohen, Esq.           DATE
     Attorney for Defendant
     52 Duane Street, 10th Floor
     New York, New York 10007

SO ORDERED:

*[signature]*

HONORABLE COLLEEN MCMMAHON     10/15/2020
UNITED STATES DISTRICT JUDGE      DATE

12:00 pm