# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2022

**MEMO ENDORSED**
8/30/22

So Ordered

*By ECF and e-mail*

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jude Sone*, 20 Cr. 64 (CM)

Dear Judge McMahon:

I write to respectfully request that the Court direct Pretrial Services to return Mr. Sone's passport, which he had surrendered as a condition of bail.

On July 14, 2021, the Court sentenced Mr. Sone to a term of 14 months' imprisonment, with a surrender date of October 4, 2021. Mr. Sone surrendered to the Bureau of Prisons as required, and thus his bail conditions – including the passport condition – expired at that time.

Accordingly, we respectfully request that the Court direct Pretrial Services to return Mr. Sone's passport to our office.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Dina McLeod, Esq., by e-mail
      Robert Sobelman, Esq., by e-mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/22